1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Stephanie Van Marter
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 16 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

6           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,        )   **CR-11-161-WFN**
                                    )
9           Plaintiff,               )   INDICTMENT
                                    )
10      vs.                          )   Vio:  18 U.S.C. § 1028A
                                    )         Aggravated Identity Theft
11 WADE LYNN KURT                    )         (Count 1)
                                    )
12          Defendant.               )   Vio:  18 U.S.C. § 1028(a)(1)
                                    )         Unlawful Production of an
13                                  )         Identification Card
                                    )         (Counts 2 and 4)
14                                  )
                                    )   Vio:  18 U.S.C. § 1028(a)(4)
15                                  )         Unlawful Possession of an
                                    )         Identification Card
16                                  )         (Counts 3 and 5)
                                    )
17                                  )   Vio:  18 U.S.C. § 1001
                                    )         False Statement (Count 6)
18
   The Grand Jury Charges:
19
                        COUNT 1
20
On or about the 30th day of June, 2010, in the Eastern District of
21
Washington, the Defendant, WADE LYNN KURT did knowingly use, without
22
lawful authority, a means of identification of another person, to wit: C.H., during
23
and in relation to making a materially false or fraudulent statement or
24
representation, in violation of 18 U.S.C. § 1001, to wit: by presenting a fraudulent
25
Washington State Driver's License bearing WADE LYNN KURT'S picture in the
26
name of C.H., to Postal Authorities and fraudulently signing the name C.H., in
27
order to obtain a Post Office Box, all in violation of 18 U.S.C. § 1028A.
28

INDICTMENT - 1
P1110lc.SVA.wpd

## COUNT 2

On an exact date unknown, but by on or about the 31st day of August, 2010, in the Eastern District of Washington, the Defendant, WADE LYNN KURT, did knowingly and without lawful authority produce an identification document, to wit: a social security card that is or appears to be issued under the authority of the United States, bearing the name Clare D. Bermudez and social security number 430-15-XXXX, all in violation of Title 18, United States Code, Section 1028(a)(1) and (b)(1)(A)(i).

## COUNT 3

On or about the 31st Day of August, 2010, in the Eastern District of Washington, the Defendant, WADE LYNN KURT, did knowingly possess an identification document not issued lawfully for the use of the defendant, to wit: a social security card bearing the name Clare D. Bermudez and social security number 430-15-XXXX, with the intent such document or feature be used to defraud the United States, and the offense involved the production of this identification document that is or appears to be an identification document or authentication feature issued by or under the authority of the United States, in violation of Title 18, United States Code, Section 1028(a)(4) and (b)(6).

## COUNT 4

On an exact date unknown, but by on or about the 31st day of August, 2010, in the Eastern District of Washington, the Defendant, WADE LYNN KURT, did knowingly and without lawful authority produce an identification document, to wit: a Washington State Driver's License bearing the name Clare D. Bermudez and Number BERMUCDXXXXX, all in violation of Title 18, United States Code, Section 1028(a)(1) and (b)(1)(A)(ii).

## COUNT 5

On or about the 31st Day of August, 2011, in the Eastern District of Washington, the Defendant, WADE LYNN KURT, did knowingly possess an

INDICTMENT - 2

P1110lc.SVA.wpd

identification document not issued lawfully for the use of the defendant, authentication feature, or a false identification document, to wit, Washington State Driver's License bearing the name Clare D. Bermudez and Number BERMUCDXXXXX, with the intent such document or feature be used to defraud the United States, and the offense involved the production of this identification document that is or appears to be a driver's license or personal identification card, in violation of Title 18, United States Code, Section 1028(a)(4) and (b)(6).

## COUNT 6

On or about the 30th day of June, 2010, in the Eastern District of Washington, the Defendant WADE LYNN KURT, did willfully and knowingly make and cause to be made a materially false, fictitious, and fraudulent statement(s) and representation(s) in a matter within the jurisdiction of a department or agency of the United States, by presenting a fraudulent Washington State Driver's License bearing WADE LYNN KURT'S picture in the name of C.H., to Postal Authorities and fraudulently signing the name C.H., in order to obtain a Post Office Box, in violation of Title 18, United States Code, Section 1001.

DATED this 15TH day of November, 2011.

A TRUE BILL,

_____
Foreperson

/s/ Michael C. Ormsby
Michael C. Ormsby
United States Attorney

/s/ Stephanie Van Marter
Stephanie Van Marter
Assistant United States Attorney

/s/ Earl A. Hicks
Earl A. Hicks
Assistant United States Attorney

INDICTMENT - 3
P1110lc.SVA.wpd