PENALTY SLIP

DEFENDANT NAME: **WAYDE LYNN KURT**

TOTAL NO. COUNTS:    4

VIO: **Aggravated Identity Theft (Count 1)**

PENALTY: 2 years imprisonment in addition to
and consecutive to any term of imprisonment
imposed for any of the charges in Counts 2-4;
a $100 special penalty assessment; and
restitution.

VIO: **Unlawful Production of an Identification Card (Counts 2 and 4)**

PENALTY: CAG not more than 15 years;
and/or $250,000 fine;
not more than 3 years supervised release;
a $100 special penalty assessment

VIO: **Unlawful Possession of an Identification Card with the Intent to Defraud the United States (Counts 3 and 5)**

PENALTY: CAG not more than 1 year;
and/or $100,000 fine;
not more than 5 years probation or 1 year supervised release;
a $25 special penalty assessment

VIO: **False Statement (Count 6)**

PENALTY: CAG not more than 5 years;
and/or $250,000 fine;
not more than 1 year supervised release;
a $100 special penalty assessment

CASE NO. **CR-11-161-WFN-1**

AUSA INITIAL _____

P11110LC.SVB.wpd